# OF DEFENDANTS: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEALED INDICTMENT | CR. NO.: 2:22-cr-00032<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 924(e)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. §841(a)(1)<br>21 U.S.C. §841(b)(1)(C)<br>21 U.S.C. §853<br>21 U.S.C. §881<br>28 U.S.C. §2461(c) |

A __True_____ BILL

_____
FOREPERSON

The within Indictment was received and sealed by the Court at __11:07__ (a.m.)/p.m/ on January __11__, 2022.

☒ (Single-defendant case only): Upon the arrest of the defendant, it is ordered that the Indictment be unsealed.

☐ (Single and multi-defendant cases): When a named defendant is arrested, the United States Attorney is authorized to disclose an appropriately-redacted copy of the Indictment to the United States Magistrate Judge, that defendant, that defendant's attorney (if any), and the United States Probation Office. The Indictment is to remain sealed until further order of the Court.

All Bench Warrants and any documents related to service are to be issued under seal.

-1-

_____
UNITED STATES MAGISTRATE JUDGE

_Charleston_, South Carolina

_January 11_, 2022